UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| KARON WATTS, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | No. 1:05-cv-332 |
| ) | *Edgar / Lee* |
| JEFFERSON PILOT FINANCIAL INSURANCE ) | |
| CO.; CHATTANOOGA CHOO CHOO, as Plan ) | |
| Administrator of the Chattanooga Choo Choo ) | |
| Short Term and Long Term Disability Plans; ) | |
| THE CHATTANOOGA CHOO CHOO SHORT ) | |
| TERM DISABILITY PLAN; and THE ) | |
| CHATTANOOGA CHOO CHOO LONG TERM ) | |
| DISABILITY PLAN, ) | |
| ) | |
| *Defendants*. ) | |

## **MEMORANDUM AND ORDER**

The parties have filed a Proposed Case Management Plan [Court Doc. No. 9] containing certain deadlines. The parties have orally requested that they not be required to personally appear for the scheduling conference set for 3:30 P.M. on April 24, 2006. The court has acceded to this joint request and has, instead, conducted a telephone scheduling conference with counsel for the parties. Pursuant to that conference and per the agreement of the parties, the scheduling deadlines set forth in Court Doc. No 9 are hereby **ADOPTED** by this court as a part of this order. In addition thereto, the following scheduling date is established: all dispositive motions

shall be filed no later than **October 18, 2006.** Each party shall have thirty(30) days to respond to any motion filed by the other party.

      SO ORDERED.

      ENTER this *24th day of April, 2006*.

                                      */s/ R. Allan Edgar*
                                     R. ALLAN EDGAR
                              UNITED STATES DISTRICT JUDGE